## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL RAY TURNER**                                    **PLAINTIFF**
**#202503441**

v.                              No. 3:26-cv-78-DPM

**MICHAEL HOLLAND, #23, Transport**
**Officer, Greene County Detention**
**Center; GREENE COUNTY**
**DETENTION CENTER; and**
**BRAD SNYDER, Sheriff, Greene**
**County Detention Center**                              **DEFENDANTS**

## ORDER

1.    The Court withdraws the reference.

2.    Turner hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3 at 5*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
27 April 2026