# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MICHAEL RAY TURNER**                                              **PLAINTIFF**
**#202503441**

v.                                    No. 3:26-cv-78-DPM

**MICHAEL HOLLAND, #23, Transport**
**Officer, Greene County Detention**
**Center; GREENE COUNTY**
**DETENTION CENTER;  and**
**BRAD SNYDER, Sheriff, Greene**
**County Detention Center**                          **DEFENDANTS**

## JUDGMENT

Turner's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2026